UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST CARPENTERS HEALTH AND SECURITY TRUST; NORTHWEST CARPENTERS RETIREMENT TRUST; NORTHWEST CARPENTERS VACATION TRUST; and CARPENTERS-EMPLOYERS APPRENTICESHIP AND TRAINING TRUST FUND OF WASHINGTON-IDAHO,<br><br>                Plaintiffs,<br>  v.<br><br>MARIN BROS., INC., an Illinois corporation; ABEL MARIN, an individual, and JENNIFER GARCIA, an individual,<br><br>                Defendants. | Case No. 2:23-cv-00979-RSL<br><br>ORDER GRANTING MOTION FOR ENTRY OF A DEFAULT JUDGMENT |

This matter is before the Court on plaintiffs' "Motion for Entry of Default Judgment Against Defendant Marin Bros., Inc." Dkt. # 14. The Court has reviewed plaintiffs' motion and supporting papers, as well as the pleadings, files, and court records in this matter.

Being otherwise fully advised the Court ORDERS:

1. The Plaintiffs' motion is GRANTED;

2. Defendant Marin Bros., Inc., was properly served with a summons and the Complaint and has failed appear, answer, or otherwise defend itself against the claims asserted.

3. Default has been entered against defendant Marin Bros., Inc.

ORDER GRANTING MOTION FOR ENTRY OF A DEFAULT JUDGMENT – 1
2:23-cv-00979-RSL

BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 FOURTH AVENUE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900

4. Plaintiffs are entitled to entry of a default judgment against defendant Marin Bros., Inc., for the following amounts:

   a. $2,098.67 in liquidated damages as allowed under 29 U.S.C. §1332(g)(2)(C)(ii) for the period January 1, 2023 through August 31, 2023; and

   b. $29,747.34 in accrued prejudgment interest at the rates specified in the applicable trust agreements as allowed under 29 U.S.C §1332(g)(2).

5. Plaintiffs are awarded $8,384.50 in reasonable attorney fees as allowed under the written terms of the applicable trust agreements and as allowed under 29 U.S.C. §1332(g)(2)(D);

6. Plaintiffs are awarded $898.50 in costs;

7. Post-judgment interest shall bear interest at the 12% rate specified in the applicable trust agreements, as allowed under 29 U.S.C. §1332(g)(2); and

8. The Clerk of Court is directed to enter judgment consistent with this order and close the case.

Dated this 5th day of February, 2024.

*Robert S. Lasnik* (signature)
Robert S. Lasnik
United States District Judge

ORDER GRANTING MOTION FOR ENTRY OF A DEFAULT JUDGMENT – 2
2:23-cv-00979-RSL

BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 FOURTH AVENUE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900